NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――

**SOUTHWEST AIRLINES CO.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

―――――――

2025-1797

―――――――

Appeal from the United States Court of International Trade in No. 1:22-cv-00141-GSK, Judge Gary S. Katzmann.

―――――――

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                          SOUTHWEST AIRLINES CO. V. US

(2)  Each side shall bear their own costs.

FOR THE COURT

October 20, 2025
        Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 20, 2025